IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BETTY STEWART; *et al.* | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-597-O |
| TARRANT COUNTY, TEXAS; et al. | § § | |

**JOINT STATUS REPORT**

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs Betty Stewart, Jimmy Stewart, Alyssa Christian Stewart, Savannah Brooke Stewart, Cole Stewart, and Dean Glen Stewart (Plaintiffs) and Defendant Tarrant County, Texas ("Defendant") (collectively the "Parties"), submit this joint status report per this Court's October 20, 2021 Scheduling Order and June 15, 2022 Order. ECF Nos. 19, 60.

1. Section 5 of the October 20, 2021 Scheduling Order requires the Parties, within seven days after mediating, to jointly prepare and file a written report, signed by counsel for each party, detailing the date on which the mediation was held, the persons present (including the capacity of any representative), and a statement informing the Court of the effect of their mediation and whether this case has been settled by agreement of the parties. ECF Nos. 19, 60.

2. The Parties mediated on August 26, 2022 with mediator Wade McMullen, and the Parties have reached an agreement. The Parties are preparing a formal settlement agreement to be presented to and approved by the Tarrant County Commissioners Court.

3. Chris Gale and Celso Vidaurri participated as Counsel for Plaintiffs. Plaintiffs Alyssa Christian Stewart, Savannah Brooke Stewart, Cole Stewart, and Dean Glenn Stewart were

present. Kerry Stewart, who holds a power of attorney for Jimmy Stewart, was present. Betty Stewart, who was caring for Jimmy Stewart, was available by phone.

4. Keith Ogle participated as Counsel for Defendant Tarrant County. Tarrant County Risk Manager Travis Yarbrough and Tarrant County Sheriff's Office Chief of Staff Jennifer Gabbert were also present.

5. The Parties anticipate that it will take no more than 60 days to submit final paperwork to this Court but will promptly notify the Court of any change in status.

6. The Parties request that the Court stay all deadlines unless further ordered by the Court.

Respectfully submitted,

By: */s/Christopher J. Gale*
Christopher J. Gale
Texas Bar No. 00793766
Email: Chris@GaleLawGroup.com
*Attorney-In-Charge for Plaintiffs*
**GALE LAW GROUP, PLLC**
525 Clifford Street
Corpus Christi, Texas 78404
Telephone: (361)808-4444
Fax: (361)232-4139
Cell: (210)885-6868
Email: Chris@GaleLawGroup.com

Send mail to: P.O. Box 2591
Corpus Christi, Texas 78403
Telephone: (361) 808-4444
Telecopier: (361) 232-4139

Celso Vidaurri III (Local Counsel)
Texas Bar No. 00794791
623 W. Division St., Suite A
Arlington, Texas 76011-7488

**ATTORNEYS FOR PLAINTIFFS**

2

By: ***/s/ M. Keith Ogle***
M. Keith Ogle
State Bar No. 24037207
Assistant Criminal District Attorney

SHAREN WILSON
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS
Tarrant County Criminal District Attorney's Office
Tim Curry Justice Center
401 W. Belknap Street, 9th Floor
Fort Worth, TX  76196
Tel: (817) 884-1233
Fax: (817) 884-1675

**ATTORNEY FOR DEFENDANT
TARRANT COUNTY, TEXAS**