# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **BETTY STEWART; JIMMY STEWART; ALYSSA CHRISTIAN STEWART; SAVANNAH BROOKE STEWART; COLE STEWART; and DEAN GLENN STEWART,** | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00597 |
| **TARRANT COUNTY, TEXAS; LIONEL SANCHEZ; NICHOLAS BERNAL; CHRISTOPHER CASTILLO; CLARENCE DIXON; and CHRISTINA CHAVEZ,** | § § § § § § | |
| Defendants. | § | |

## ORDER

On August 30, 2022, Plaintiffs and Defendant Tarrant County filed a Joint Status Report (ECF No. 61), indicating they have settled their dispute. The parties say they will obtain a signed formal settlement agreement from the Tarrant County Commissioners Court within 60 days. Accordingly, the Court **ORDERS** the parties to file appropriate dismissal papers within 60 days of this Order.

**SO ORDERED** this **30th day** of **August, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE