IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BETTY STEWART; *et al.* | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-597-O |
| TARRANT COUNTY, TEXAS | § § | |

## JOINT STIPULATION OF DISMISSAL

NOW COME Plaintiffs Betty Stewart, Jimmy Stewart, Alyssa Christian Stewart, Savannah Brooke Stewart, Cole Stewart, and Dean Glenn Stewart and Defendant Tarrant County, Texas, by and through their undersigned counsel of record, who hereby represent that they have obtained the consent of each of their respective clients to enter into this stipulation. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the terms of the parties' settlement agreement, the matters in issue in the above-entitled action have been resolved. Plaintiffs Betty Stewart, Jimmy Stewart, Alyssa Christian Stewart, Savannah Brooke Stewart, Cole Stewart, and Dean Glenn Stewart and Defendant Tarrant County, Texas hereby STIPULATE and AGREE that this action (including any and all claims that have been or could have been alleged by Plaintiff in the above-referenced action against Tarrant County, Texas, Lionel Sanchez, Nicholas Bernal, Christopher Castillo, Clarence Dixon, and Christina Chavez) shall be, and hereby is, DISMISSED WITH PREJUDICE, with each party to bear its own fees, costs, and expenses.

Respectfully submitted,

By: */s/ Christopher J. Gale*
Christopher J. Gale
Texas Bar No. 00793766
Email: Chris@GaleLawGroup.com
*Attorney-In-Charge for Plaintiffs*
**GALE LAW GROUP, PLLC**
711 N. Carancahua St., Suite 514
Corpus Christi, Texas 78401
Mailing Address:
P.O. Box 2591
Corpus Christi, Texas 78403
Telephone: (361) 808-4444
Telecopier: (361) 232-4139

Celso Vidaurri III (Local Counsel)
Texas Bar No. 00794791
623 W. Division St., Suite A
Arlington, Texas 76011-7488

**ATTORNEYS FOR PLAINTIFFS**


By: */s/ M. Keith Ogle*
**M. KEITH OGLE**
State Bar No. 24037207
Assistant Criminal District Attorney

SHAREN WILSON
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

Tarrant County Criminal District Attorney's Office
Tim Curry Criminal Justice Center
401 W. Belknap, 9th Floor
Fort Worth, Texas 76196
817-884-1233 - Telephone
817-884-1675 – Facsimile
E-Mail: mkogle@tarrantcountytx.gov

**ATTORNEY FOR TARRANT COUNTY, TEXAS**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the above and foregoing document was served upon the following parties in accordance with the provisions of Rule 5, FED. R. CIV. P., on October 28, 2022:

| | |
|---|---|
| Christopher J. Gale<br>Gale, Wilson, Sanchez, PLLC<br>115 E. Travis Street, 19th Floor<br>San Antonio, Texas  78205 | *Via Electronic Filing* |
| Celso Vidaurri III (Local Counsel)<br>Texas Bar No. 00794791<br>623 W. Division St., Suite A<br>Arlington, Teas 76011-7488 | *Via Electronic Filing* |

      */s/ M. Keith Ogle*
      M. KEITH OGLE
      Assistant Criminal District Attorney